# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

Richard Anyanwu,   Civil No. 07-3266 (RHK/JSM)

    Plaintiff,   **ORDER**

v.

Jeremy Christenson, U.S. Immigration and
Customs Enforcement,

    Defendant.

___

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 13, 2007. Timely Objections have been filed to that Report and Recommendation. The Court has reviewed de novo the Report and Recommendation and the Objections thereto.

Based upon the Report and Recommendation, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

    1. The Objections (Doc. No. 4) are **OVERRULED**;

    2. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

    3. Plaintiff's "Application to Proceed Without Prepayment of Fees" (Doc. No. 2) is **DENIED**; and

    4. This action is summarily **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: August 9, 2007

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge